United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-18047-ref
Richard SantaRosa                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 2           Date Rcvd: Apr 18, 2019
                              Form ID: pdf900          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
```
db              +Richard SantaRosa,    311 Caramist Circle,    Reading, PA 19608-8107
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14242095         Berks EIT Bureau,    Tax Administrator/Collector,    920 Van Reed Road,
                  Wyomissing, PA 19610-1700
14242096        ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court:  CAINE & WEINER,     5805 SEPULVEDA BLVD 4TH FL,
                  SHERMAN OAKS, CA 91411)
14242092         CSC Credit Services,    Box 740040,    Atlanta, GA 30374-0040
14255508        +Comm of PA, Dept of Revenue,    c/o Christopher R. Momjian, SnrDptAttyGe,    The Phoenix Building,
                  1600 Arch Street, Ste 300,    Philadelphia, PA 19103-2016
14242101        #Department of Revenue,    PO Box 281102,    Harrisburg, PA 17128-1102
14242102         Direct TV,    PO Box 5007,    Carol Stream, IL 60197-5007
14242103        +EOS CCA,    PO BOX 981008,    BOSTON, MA 02298-1008
14242093        +Equifax Information Services LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
14242090        +Experian,    Business Information Services,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
14243920        +Federal National Mortgage Association,    c/o McCabe, Weisberg & Conway, LLC,    Suite 1400,
                  123 South Broad Street,    Philadelphia, PA 19109-1060
14244128        +Federal National Mortgage Association,    c/o Alexandra T. Garcia, Esq.,
                  123 South Broad Street, Ste 1400,    Philadelphia, PA 19109-1060
14267675        +Federal National Mortgage Association (Fannie Mae,    Seterus Inc.,    P.O. Box 1047,
                  Hartford, CT 06143-1047
14288871        +Kevin G. McDonald, Esquire c/o Nationstar Mortgage,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
14242105        +Law Offices of Frederic I Weinberg & Ass,    375 E. Elm Street,    Suite 210,
                  Conshohocken, PA 19428-1973
14242106         Lesher Leasing,    2700 Cumberland Street,    Lebanon, PA 17042-2595
14242107         Medexpress Billing,    Attn #7964C,    PO Box 1400,    Belfast, ME 04915-4033
14270796         NCEP, LLC,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14242110        +PPL Electric Utilities Inc.,    2 N. Ninth St., CPC-GENN1,    Allentown, PA 18101-1179
14242109         Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
14242111         Profession Account Management,    PO Box 1153,    Milwaukee, WI 53201-1153
14242112        +SETERUS INC,    14523 SW MILLIKAN WAYSTE 200,    BEAVERTON, OR 97005-2352
14242113        ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                 (address filed with court:  SNAP ON CREDIT LLC,     950 TECHNOLOGY WAY,    SUITE 301,
                  LIBERYVILLE, IL 60048)
14242115        +TORRES CREDIT SERVICES,    27 Fairview,    CARLISLE, PA 17015-3200
14242091        +Trans Union,    P.O. Box 1000,    Chester, PA 19016-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 19 2019 02:48:11      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2019 02:47:41
                  Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                  Harrisburg, PA  17128-0946
14247572        +E-mail/Text: csc.bankruptcy@amwater.com Apr 19 2019 02:48:40      American Water,
                  Pennsylvania American Water,    P O Box 578,    Alton, IL 62002-0578
14242097        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 19 2019 02:51:11
                  CAPITAL ONE BANK USA NA,    10700 Capital One Way,    Glen Allen, VA 23060-9243
14242100         E-mail/PDF: creditonebknotifications@resurgent.com Apr 19 2019 02:50:49      CREDIT ONE BANK,
                  PO BOX 98872,    LAS VEGAS, NV 89193-8872
14242094        +Fax: 602-659-2196 Apr 19 2019 11:50:34      Chex Systems Inc.,    ATTN: Customer Relations,
                  7805 Hudson Rd,    Suite 100,    Woodbury, MN 55125-1703
14242098         E-mail/Text: nailda@centralcreditaudit.com Apr 19 2019 02:48:44      Conrad Weiser SD,
                  c/o Statewide Tax Recovery, Inc.,    P.O. Box 752,    Sunbury, PA 17801-0752
14242099        +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 19 2019 02:48:39
                  Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
14242104         E-mail/Text: cio.bncmail@irs.gov Apr 19 2019 02:47:26      Department of the Treasury,
                  Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14272960         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 19 2019 02:50:50      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14244073         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2019 02:47:42
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
14242114         E-mail/Text: nailda@centralcreditaudit.com Apr 19 2019 02:48:44      South Heidelberg Township,
                  c/o Statewide Tax Recovery,    PO Box 752,    Sunbury, PA 17801-0752
14242116         E-mail/Text: bkrcy@ugi.com Apr 19 2019 02:48:35      UGI Utilities,    P.O. Box 15523,
                  Wilmington, DE 19886
14245891         E-mail/Text: bkrcy@ugi.com Apr 19 2019 02:48:35      UGI Utilities Inc,    PO Box 13009,
                  Reading PA 19612
```

```
District/off: 0313-4          User: Keith              Page 2 of 2              Date Rcvd: Apr 18, 2019
                              Form ID: pdf900          Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                         TOTAL: 14

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14242108        ##Nationwide Insurance Company,    PO Box 6838,    Cleveland, OH  44101-1838
                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:

```
              ALEXANDRA T. GARCIA    on behalf of Creditor    Federal National Mortgage Association ("Fannie
               Mae") ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    Federal National Mortgage Association
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue crmomjian@attorneygeneral.gov
              GEORGE M. LUTZ    on behalf of Debtor Richard  SantaRosa glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT   WATERMAN RRamos-Cardona@fredreiglech13.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT   WATERMAN ECFmail@fredreiglech13.com,
               ECF_FRPA@Trustee13.com
              SCOTT  WATERMAN     ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                      :

RICHARD   SANTA ROSA

                                                                            : Bankruptcy No. 18-18047REF
          Debtor(s)                                                         : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: April 18, 2019**

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

GEORGE M LUTZ ESQUIRE
HARTMAN VALERIANO MAGOVERN & LUTZ PC
1025 BERKSHIRE BLVD SUITE 700
WYOMISSING PA 19610-

RICHARD   SANTA ROSA
311 CARAMIST CIRCLE
READING, PA 19608